IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01324-ZLW-MEH

SIEGFRIED PATZER, a Colorado individual,

    Plaintiff,

v.

ODESSA FORD, LLC, a Missouri limited liability company,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 23, 2007.**

Plaintiff's Motion to Vacate November 7, 2007 Settlement Conference [filed October 19, 2007; doc #16] is hereby **stricken** for failure to comply with D.C. Colo. LCivR 7.1A and 6.1C.