IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01324-ZLW-MEH

SIEGFRIED PATZER, a Colorado individual,

    Plaintiff,

v.

ODESSA FORD, LLC, a Missouri limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 29, 2007.**

    Plaintiff's Unopposed Motion to Vacate November 7, 2007 Settlement Conference [filed October 25, 2007; doc #19] is **granted**. On or before November 16, 2007, the parties shall conference together and call Chambers at (303) 844-4507 to obtain alternate dates for the conference.