IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01324-ZLW-MEH

SIEGFRIED PATZER,

    Plaintiff,

v.

ODESSA FORD LLC,

    Defendant.

---

## ORDER

---

    The matter before the Court is a Motion To Dismiss With Prejudice. In consideration thereof, it is

    ORDERED that the Motion To Dismiss With Prejudice (Doc. No. 28; Feb. 22, 2008) is granted. It is

    FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice.

    DATED at Denver, Colorado, this __25__ day of February, 2008.

                                      BY THE COURT:

                                      *s/ Zita L. Weinshienk*

                                      ZITA L. WEINSHIENK, Senior Judge
                                      United States District Court